UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., <br><br> Plaintiff. <br><br> v. <br><br> DRYCARE RESTORATION, INC., et al., <br><br> Defendants. | Case No. 17-cv-05884-JCS <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 14 |

Pursuant to Civil L.R. 16-2, a case management conference was held on January 19, 2018, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 30, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to serve. A further case management conference is also scheduled for **March 30, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: January 22, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge