UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., <br><br> Plaintiff, <br><br> v. <br><br> DRYCARE RESTORATION, INC., et al., <br><br> Defendants. | Case No. 17-cv-05884-JCS <br><br> **ORDER GRANTING APPLICATION TO SERVE SUBPOENA** <br><br> Re: Dkt. No. 16 |

Good cause having been shown, Plaintiff Abante Rooter and Plumbing Inc. may serve the subpoena attached to its application (dkt. 16) on third party Verizon Wireless (VAW) LLC, requesting subscriber information for the telephone numbers (725) 333-9706 and (720) 445-7324.

**IT IS SO ORDERED.**

Dated: March 7, 2018

JOSEPH C. SPERO
Chief Magistrate Judge